1 | Ramiro Morales – 167947
rmorales@mfrlegal.com
2 | Christine M. Fierro – 191660
cogilvie@mfrlegal.com
3 | MORALES FIERRO & REEVES
2300 Contra Costa Blvd., Suite 310
4 | Pleasant Hill, CA  94523
Telephone:  (925) 288-1776
5 | Facsimile:   (925) 288-1856

6 | Attorneys for Plaintiff
Twin City Fire Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TWIN CITY FIRE INSURANCE COMPANY,<br><br>              Plaintiff,<br>    vs.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION,<br><br>              Defendant. | CASE NO.: 5:10-CV-00441-RS<br><br>STIPULATION AND [PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE<br><br>**Trial: April 11, 2011**<br>**Hon. Richard Seeborg** |

Plaintiff Twin City Fire Insurance Company ("Plaintiff") and defendant Liberty Surplus Insurance Corporation ("Defendant"), by and through counsel, stipulate and agree that in accordance with a settlement reached between the parties and pursuant to FRCP 41, this matter shall be dismissed with prejudice, each party to bear its own fees and costs.

IT IS SO AGREED.


DATED: October 29, 2010          MORALES, FIERRO & REEVES


                                  By:___/s/Curtis R. Ogilvie_____
                                     RAMIRO MORALES
                                     CURTIS R. OGILVIE
                                     Attorneys for Plaintiff, TWIN CITY FIRE
                                     INSURANCE COMPANY

---

STIPULATION AND [PROPOSED] ORDER
TO DISMISS CASE WITH PREJUDICE

1

Case No. 5:10-CV-0441-RS

| | |
|---|---|
| 1 | DATED: October 28, 2010                    BURNHAM BROWN |
| 2 | |
| 3 |                                                              By:  ___David H. Waters_____ |
| 4 |                                                                     DAVID H. WATERS<br>                                                                     Attorney for Defendant, LIBERTY SURPLUS |
| 5 |                                                                     INSURANCE CORPORATION |

The Court, the Honorable Richard Seeborg presiding, having considered the stipulation of the parties, and good cause appearing, orders that this matter is dismissed with prejudice.

IT IS SO ORDERED.

Dated: November _1_, 2010

_____
The Hon. Richard Seeborg

---

2

STIPULATION AND [PROPOSED] ORDER
TO DISMISS CASE WITH PREJUDICE                                                           Case No. 5:10-CV-0441-RS